UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>**Nancy M. Henares**, in individual and representative capacity as trustee of the Nancy M. Henares 2007 Revocable Trust; **Mayflower Hotel, Inc.**, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: No.: 18-CV-03269-KAW<br><br>[proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include October 26, 2018.

2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 10/25/18

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

1