UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY M. HENARES, et al.,<br><br>    Defendants. | Case No. 4:18-cv-03269-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 32 |

On May 11, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: May 12, 2021

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge