```
CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>NANCY M. HENARES, in individual and representative capacity as trustee of the Nancy M. Henares 2007 Revocable Trust; MAYFLOWER HOTEL, INC., a California Corporation; and Does 1- 10,<br><br>　　　Defendants. | **Case:** 4:18-CV-03269-KAW<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)**<br><br><u>**ORDER (AS MODIFIED)**</u> |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Nancy M. Henares, in individual and representative capacity as trustee of the Nancy M. Henares 2007 Revocable Trust and Mayflower Hotel, INC., a California Corporation; have neither answered

Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 6, 2021               CENTER FOR DISABILITY ACCESS

                                  By:   /s/Amanda Seabock
                                        Amanda Seabock
                                        Attorney for Plaintiff

## ORDER

Since Defendants filed an answer on July 24, 2018 (Dkt. No. 10), a Court order is required for dismissal under Rule 41(a). Accordingly, the Court GRANTS Plaintiff's request to dismiss the case with prejudice. The Clerk shall close the case.

IT IS SO ORDERED.

Date:   July 6, 2021

                                  KANDIS A. WESTMORE
                                  United Magistrate Judge